The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOSTON PIZZA RESTAURANTS, LP, | No. C05-5295RJB |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR INJUNCTIVE RELIEF |
| vs. | |
| OR-CAN, LLC; TERRY SMYL; CAROL ANNE SMYL; JOSEPH LOFTGREN; KAREN SPEYER-LOFTGREN; MICHAEL SALISBURY; JULIE SALISBURY; AND KATHERINE SALISBURY, | |
| Defendants. | |

IT IS HEREBY ORDERED, based on the Plaintiff's Unopposed Motion to Extend Deadline for Plaintiff's Reply in Support of Motion for Injunctive Relief, that the deadline for Plaintiff's reply brief shall be extended to August 5, 2005, and that the motion shall be re-noted for that same date.

DONE IN OPEN COURT this 25th day of July 2005.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING MOTION TO EXTEND -- 1

No. C05-5295RJB
M31664-627088

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1 | Presented by:

2 | GRAHAM & DUNN, PC

4 | By/s/ David M. Byers
5 | David M. Byers
    WSBA# 29228
6 | Email: dbyers@grahamdunn.com
    Douglas C. Berry
7 | WSBA#12291
    Email: dberry@grahamdunn.com
8 | Pier 70
9 | 2801 Alaskan Way, Suite 300
    Seattle, WA 98121-1128
10 | Telephone: 206.340.9649
11 | *Attorneys for Plaintiff Boston Pizza Restaurants, LP*

12 | HAYNES AND BOONE, L.L.P.

13 | Deborah S. Coldwell
    Texas Bar # 04535300
14 | Altresha Q. Burchett
15 | Texas Bar #24045582
    901 Main Street, Suite 3100
16 | Dallas, Texas 75202-3789
    Telephone: 214.651.5260
17 | Telecopier: 214.651.5940
    Email: deborah.coldwell@haynesboone.com
18 | *Of Counsel, Admitted Pro Hac Vice*

ORDER GRANTING MOTION TO EXTEND -- 2

No. C05-5295RJB
M31664-627088

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599