The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOSTON PIZZA RESTAURANTS, LP, | No. C05-5295RJB |
| Plaintiff, | ORDER GRANTING STAY |
| vs. | |
| OR-CAN, LLC; TERRY SMYL; CAROL ANNE SMYL; JOSEPH LOFTGREN; KAREN SPEYER-LOFTGREN; MICHAEL SALISBURY; JULIE SALISBURY; AND KATHERINE SALISBURY, | |
| Defendants. | |

This matter came before the Court on Plaintiff's Motion for Preliminary Injunction. Shortly after that motion was filed, Defendant OR-CAN, LLC initiated proceedings in the Bankruptcy Court for the District of Oregon, Case No. 05-38239-ELP11, and notified this Court of the automatic stay under 11 U.S.C. § 362(a) as to Plaintiff's action against OR-CAN. The parties have agreed to a temporary stay of this action, subject to reinstatement under certain conditions. Therefore, the Court having reviewed the submissions of the parties and being fully advised in the premises,

ORDER GRANTING STAY -- 1

No. C05-5295RJB
M31664-641493_2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1   IT IS HEREBY ORDERED that all claims in this action are stayed, and that all deadlines are stricken until further notice from the Court. No party may prosecute or pursue any claim against any other party, whether or not currently asserted in this action, so long as this stay is in effect. This stay shall not preclude any party from seeking transfer of any claim to the Bankruptcy Court for the District of Oregon, but all parties reserve their right to object to that transfer for any reason.

IT IS FURTHER ORDERED that this stay shall terminate without further action by this Court if the Bankruptcy Court for the District of Oregon in Case No. 05-38239-ELP11 lifts the automatic stay as to any claim brought in this action to allow that claim to be prosecuted or pursued outside the Bankruptcy Court. This stay also shall terminate without further action by this Court in the event that the bankruptcy case is dismissed or the bankruptcy stay otherwise ceases to remain in effect pursuant to applicable bankruptcy law.

DONE IN OPEN COURT this 19th day of September, 2005.

*Robert J. Bryan*
_____
ROBERT J. BRYAN
United States District Court Judge

ORDER GRANTING STAY -- 2

No. C05-5295RJB

M31664-641493_2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington 98121-1128
(206) 624-8300/Fax: (206) 340-9599

1  Presented by:

2  GRAHAM & DUNN, PC

3

4  By /s/ David M. Byers

5  David M. Byers
   WSBA# 29228
6  Email:  dbyers@grahamdunn.com
   Douglas C. Berry
7  WSBA#12291
   Email:  dberry@grahamdunn.com
8  Pier 70
   2801 Alaskan Way, Suite 300
9  Seattle, WA 98121-1128
10 Telephone:  206.340.9649
   *Attorneys for Plaintiff Boston Pizza Restaurants, LP*
11
12 HAYNES AND BOONE, L.L.P.

13 Deborah S. Coldwell
   Texas Bar # 04535300
14 Altresha Q. Burchett
   Texas Bar #24045582
15 901 Main Street, Suite 3100
16 Dallas, Texas  75202-3789
   Telephone:  214.651.5260
17 Telecopier:  214.651.5940
   Email:  deborah.coldwell@haynesboone.com
18 *Of Counsel, Admitted Pro Hac Vice*

19

20

21

22

23

24

25

26
   ORDER GRANTING STAY -- 3

   No. C05-5295RJB
   M31664-641493_2

**GRAHAM & DUNN** PC
Pier 70, 2801 Alaskan Way ~ Suite 300
Seattle, Washington  98121-1128
(206) 624-8300 / Fax: (206) 340-9599